UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURENCE SANDELL<br>2308 39th Street, NW<br>Washington, DC 20007,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES OF AMERICA,<br>U.S. Secret Service<br>950 H Street, NW, Suite 8300<br>Washington, DC 20223,<br><br>　　　　　　Defendants. | Civil Action No.: 07-1631 (RWR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher Harwood as counsel for Defendants in the above-captioned case.

　　　　　　　　　　　　/s/
　　　　　　　　　　CHRISTOPHER HARWOOD
　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　(202) 307-0372
　　　　　　　　　　Christopher.Harwood@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 23rd day of November, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Laurence Sandell**, by mail postage pre-paid and addressed as follows:

LAURENCE SANDELL
2308 39th Street, NW
Washington, D.C.  20007

    /s/
CHRISTOPHER HARWOOD
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov