UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURENCE SANDELL
2308 39TH ST., NW
WASHINGTON, DC 20007
202-329-9407

        Plaintiff,

VS.                                      CIVIL ACTION NO. 1:07-cv-01631-RWR

UNITED STATES OF AMERICA,
U.S. Secret Service
950 H St., NW, Suite 8300
Washington, DC 20223

        Defendants.

## AFFIDAVIT OF SERVICE

I, Daniel Heaton, hereby declare that on the 24th day of October, 2007, I mailed copies of the summons and complaint, certified mail return receipt requested, to the U.S. Secret Service. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. SECRET SERVICE
950 H. ST., NW
SUITE 8300
WASHINGTON DC 20223

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: US SECRET SERVICE
☐ Agent
☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

ADMINISTRATIVE SERVICES BRANCH

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0001 2788 4918

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Daniel Heaton
1240 N. Quinn St. Apt. 303
Arlington, VA 22209
571-334-2960

**RECEIVED**
DEC 0 4 2007
Clerk, U.S. District and
Bankruptcy Courts