# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LAURENCE SANDELL
2308 39TH ST., NW
WASHINGTON, DC 20007
202-329-9407

        Plaintiff,

      VS.                        CIVIL ACTION NO. 1:07-cv-01631-RWR

UNITED STATES OF AMERICA,
U.S. Secret Service
950 H St., NW, Suite 8300
Washington, DC 20223

        Defendants.

## AFFIDAVIT OF SERVICE

I, Daniel Heaton, hereby declare that on the 24th day of October, 2007, I mailed copies of

the summons and complaint, certified mail return receipt requested, to the U.S. Attorney

General. Attached hereto is the certified green card acknowledging service.