UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURENCE SANDELL
2308 39TH ST., NW
WASHINGTON, DC 20007
202-329-9407

        Plaintiff,

VS.                              CIVIL ACTION NO. 1:07-cv-01631-RWR

UNITED STATES OF AMERICA,
U.S. Secret Service
950 H St., NW, Suite 8300
Washington, DC 20223

        Defendants.

### AFFIDAVIT OF SERVICE

I, Daniel Heaton, hereby declare that on the 24th day of October, 2007, I mailed copies of the summons and complaint, certified mail return receipt requested, to the U.S. Attorney for the District of Columbia. Attached hereto is the certified green card acknowledging service.

Daniel Heaton
40 N. Quinn St. Apt. 303
Arlington, VA 22209
571-334-2960

RECEIVED
DEC 04 2007
Clerk, U.S. District and
Bankruptcy Courts