UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURENCE SANDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 07-1631 (RWR) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendants. ) | |

## ANSWER

Defendants, through undersigned counsel, hereby answer the Complaint in the above-captioned action.

### First Defense

Plaintiff has failed to state a claim upon which relief can be granted.

### Second Defense

Plaintiff's claims are barred in whole or in part by the doctrines of contributory negligence and/or assumption of risk.

### Third Defense

Plaintiff's claims are barred in whole or in part based on the intervening negligence of third parties beyond the control of the United States.

### Fourth Defense

This Court is without jurisdiction to grant any relief beyond that for which the United States has waived sovereign immunity under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq.

Defendants respond to the numbered paragraphs of the Complaint by admitting, denying or stating the following:

1. This paragraph is introductory and does not contain any allegations of fact. Thus, Defendants are not obligated to respond to this paragraph.

2. Defendants admit that Plaintiff purports to bring this action pursuant to the Federal Tort Claims Act. The remainder of this paragraph (i.e., the second sentence of this paragraph) contains a legal conclusion, to which no response is required. Defendants respectfully refer the Court to the statutes referenced in this paragraph for their actual language and true content.

3. Defendants state that they are without knowledge or information sufficient to admit or deny whether Plaintiff is a citizen of the United States, or whether he resides at the address listed in the first sentence of this paragraph. Defendants admit the remaining allegations in the first sentence of this paragraph. Defendants state that the second sentence of this paragraph contains a legal conclusion, to which no response is required.

4. Defendants admit the allegations in this paragraph, except aver that Special Agent Jason Verdejo's vehicle was not in motion at the time of the incident.

5. Defendants admit that Special Agent Verdejo had parked his vehicle in front of 1133 20th Street, N.W., Washington, D.C., and that he had opened the driver's side door of his vehicle. Defendants further admit that Plaintiff drove his bicycle into the driver's side door of Special Agent Verdejo's vehicle. Defendants state that they are without knowledge or information sufficient to admit or deny the remaining allegations in this paragraph.

6. Defendants deny the allegations in this paragraph.

7. Defendants state that they are without knowledge or information sufficient to admit or deny the allegations in this paragraph.

8. Defendants state that they are without knowledge or information sufficient to admit or deny the allegations in this paragraph.

9. Defendants state that they are without knowledge or information sufficient to admit or deny the allegations in this paragraph.

10. Defendants admit that Plaintiff submitted a claim to the United States Secret Service ("USSS") for $3,389.99. Defendants state that they are without knowledge or information sufficient to admit or deny that Plaintiff submitted his claim on January 22, 2007.

11. Defendants admit the allegations in this paragraph. Defendants aver that in the same letter in which the USSS rejected Plaintiff's claim, the USSS asserted a counterclaim against Plaintiff for $1,670.89 for damages to Special Agent Verdejo's vehicle.

Defendants respond to the remaining unnumbered paragraphs of the Complaint by admitting, denying or stating the following:

Defendants are not required to respond to Plaintiff's jury demand.

Defendants are not required to respond to Plaintiff's prayer for relief. However, to the extent a response is required, Defendants deny that Plaintiff is entitled to any relief.

Except for the allegations expressly admitted above, Defendants deny each allegation in the Complaint.

**WHEREFORE**, Defendants respectfully request that this Court dismiss this case with prejudice, award Defendants their costs and grant such other relief as this Court deems appropriate.

Dated: January 14, 2008           Respectfully submitted,


                                  _____/s/_____
                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                  United States Attorney


                                  _____/s/_____
                                  RUDOLPH CONTRERAS, D.C. BAR #434122
                                  Assistant United States Attorney


                                  _____/s/_____
                                  CHRISTOPHER B. HARWOOD
                                  Assistant United States Attorney
                                  555 Fourth St., N.W.
                                  Washington, D.C.  20530
                                  Phone: (202) 307-0372
                                  Fax: (202) 514-8780
                                  Christopher.Harwood@usdoj.gov

**Of Counsel:**

Andrea Hagen
United States Secret Service
Washington, D.C.

4

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2008, I caused a copy of the foregoing to be served via first class prepaid postage as follows:

**LAURENCE SANDELL**
2308 39th Street, N.W.
Washington, D.C. 20007

                                              /s/
                                    Christopher B. Harwood