UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURENCE SANDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1631 (RWR) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE**

This is an action arising under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. Plaintiff, while riding his bicycle, hit the open driver's side door of Defendants' vehicle, which at the time, was being operated by Special Agent Jason Verdejo. At the time of the accident, Special Agent Verdejo was acting within the course and scope of his employment with the U.S. Secret Service. Plaintiff alleges that Special Agent Verdejo was negligent in opening his driver's side door. Defendants deny any negligence on the part of Special Agent Verdejo.

Pursuant to Local Civil Rule 16.3, the parties conferred by telephone on Friday, March 14, 2008, and discussed the issues below:

    1.    <u>Dispositive Motions</u>:  Depending on the information elicited during discovery, Defendants may file a dispositive motion after the close of discovery.

    2.    <u>Joinder/Amendment</u>:  The parties do not anticipate that it will be necessary to join third parties or amend the pleadings.  The parties do not believe that the legal or factual issues can be narrowed at this time.

    3.    <u>Assignment To Magistrate Judge</u>:  Plaintiff does not consent to referral of this case to a Magistrate Judge at this time.  Defendants would be amenable to assignment of this

case to a Magistrate Judge.

    4.    <u>Settlement Possibility</u>:  The parties have begun to discuss the possibility of settlement and will continue to explore a potential settlement.

    5.    <u>Alternative Dispute Resolution</u>:  The parties agree that at this point in the proceedings, court-ordered mediation is not likely to assist them in their efforts to settle this matter.  However, the parties agree that court-ordered mediation may be appropriate in the future.

    6.    <u>Summary Judgment</u>:  The parties agree that any motion for summary judgment should be filed within 45 days after the close of discovery, that any opposition to summary judgment should be filed within 30 days of the filing of the summary judgment motion, and that any reply brief should be filed within 21 days of the filing of the opposition brief.

    7.    <u>Initial Disclosures</u>:  The parties agree to exchange the information required under Fed. R. Civ. P. 26(a)(1) within 30 days of entry of a scheduling order.

    8.    <u>Discovery</u>:  The parties propose that discovery be completed 120 days from entry of a scheduling order.  The parties believe that 25 interrogatories and 5 depositions per party shall be sufficient.

    9.    <u>Experts</u>:  The parties propose that any experts be designated no later than 45 days after entry of a scheduling order, and that any rebuttal experts be designated no later than 45 days thereafter.  The parties propose that all other requirements of Fed. R. Civ. P. 26 regarding experts should apply.

    10.    <u>Class Action Procedures</u>:  Not applicable.

    11.    <u>Bifurcation of Discovery Or Trial</u>:  The parties do not see any need for bifurcation

at this time.

    12.    <u>Proposed Date For The Pretrial Conference</u>:  Plaintiff requests that the pretrial conference be set during October 2008, as he will be unavailable from the end of July through September.  Defendants request that the Court postpone setting the date for a pretrial conference until after it is known whether there will be summary judgment motion practice.

    13.    <u>Trial Date</u>:  The parties agree that the Court should schedule a trial date at the pretrial conference.

    14.    <u>Additional Matters</u>:  There are no other matters that the parties believe are appropriate for inclusion in a scheduling order.

    Respectfully submitted,

| | |
|---|---|
| /s/<br>LAURENCE SANDELL<br>2308 39th Street, N.W.<br>Washington, D.C. 20007<br>(202) 329-9407 | /s/<br>JEFFREY A. TAYLOR, DC Bar #498610<br>United States Attorney<br><br>/s/<br>RUDOLPH CONTRERAS, D.C. Bar #434122<br>Assistant United States Attorney<br><br>/s/<br>CHRISTOPHER B. HARWOOD<br>Assistant United States Attorney<br>United States Attorney's Office<br>555 4th Street, N.W.<br>Washington, D.C.  20530<br>(202) 307-0372 |