UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLERK
US DISTRICT & BANKRUPTCY COURTS
2008 APR -9 PM 4: 21
RECEIVED

| | |
|---|---|
| LAURENCE SANDELL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1631 (RWR) |
| UNITED STATES OF AMERICA, UNITED STATES SECRET SERVICE, | ) |
| Defendants. | ) |

## NOTICE WITH RESPECT TO PLAINTIFF'S CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE

This notice is submitted per the Court's request on April 4, 2008. At this time, Plaintiff does not consent to assignment to a Magistrate Judge.

Settlement negotiations between Plaintiff and Defendant are ongoing and it is likely that a settlement will be reached. As such, Plaintiff wishes to maintain the schedule set on April 4, 2008. Transfer to a Magistrate Judge would necessitate additional court appearances, which in light of the likelihood of settlement may be unnecessary.

Respectfully submitted,

_____
LAURENCE SANDELL
2308 39th Street, N.W.
Washington, D.C. 20007

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I caused a copy of the foregoing to be served by hand as follows:

**CHRISTOPHER B. HARWOOD**
Assistant United States Attorney
555 Fourth St., NW
Washington, D.C. 20530

_____
LAURENCE SANDELL