UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURENCE SANDELL,               ) | |
| )| |
| Plaintiff,           ) | |
| ) | |
| v.                                            ) | Civil Action No. 07-1631 (RWR) |
| ) | |
| UNITED STATES OF AMERICA,  ) | |
| UNITED STATES SECRET SERVICE, ) | |
| ) | |
| Defendants.          ) | |
| ) | |

## JOINT MOTION TO STAY DISCOVERY

The parties to the above-captioned action have reached an agreement in principal to settle this case. On April 7, 2008, this Court entered a Minute Order setting a number of discovery-related deadlines, including a deadline of May 5, 2008 for the parties to serve their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). The parties respectfully request that this Court stay their discovery-related obligations under the April 7, 2008 Minute Order for a period of 60 days, to July 7, 2008, to provide them an opportunity to finalize and memorialize their settlement. The parties anticipate that by July 7, 2008, they will be in a position to file a Stipulation of Settlement and Dismissal. A proposed order is attached hereto.

Respectfully submitted,

    /s/
LAURENCE SANDELL
2308 39th Street, N.W.
Washington, D.C. 20007
(202) 329-9407

    /s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

          /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURENCE SANDELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-1631 (RWR) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| UNITED STATES SECRET SERVICE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

Having considered the parties' Joint Motion to Stay Discovery, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that the parties' Joint Motion to Stay Discovery is hereby GRANTED, and it is

FURTHER ORDERED that the parties shall have until July 7, 2008 to finalize their settlement agreement and file a Stipulation of Settlement and Dismissal, and it is

FURTHER ORDERED that if the parties cannot finalize their settlement and file a Stipulation of Settlement and Dismissal by July 7, 2008, then by July 7, 2008, they will file with the Court a proposed schedule for further proceedings.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

ECF Counsel

Mr. Laurence Sandell
2308 39th Street, N.W.
Washington, D.C. 20007