REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>7-1631 | DATE REFERRED:<br>5/13/08<br><br>DISPOSITION DATE: | PURPOSE:<br>ANY DISCOVERY DISPUTE | JUDGE:<br>ROBERTS | MAG. JUDGE<br>FACCIOLA |
| PLAINTIFF(S):<br>SANDELL | | DEFENDANT(S):<br>US | | |
| ENTRIES: | | | | |