```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |  |
|---|---|---|
| **LAURENCE SANDELL**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1631 (RWR) |
| | ) | |
| **UNITED STATES OF AMERICA** et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties in the above captioned case notified the Court by motion on May 1, 2008, that they have reached a settlement in principle. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for sixty days. It is further

ORDERED that any party may, within sixty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within sixty days, this case shall, without further order, stand dismissed with prejudice. In light of this Order of Dismissal, it is further

ORDERED that the parties' joint motion to stay discovery be, and hereby is, DENIED as moot.

-2-

SIGNED this 16th day of May, 2008.

                                                                  /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge